(112 So. 919)

Jesse James ADAMS v. STATE. (5 Div. 662.) Court of Appeals of Alabama. April 19, 1927.

George F. Smoot, Judge. Distilling.

RICE, J. Affirmed.

(114 So. 919)

Joe ADAMS v. STATE. (5 Div. 677.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

BRICKEN, P. J. Appeal dismissed.

(116 So. 922)

Seth Lee ALEXANDER v. STATE. (1 Div. 774.) Court of Appeals of Alabama. April 10, 1928.

Saffold Berney, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

(118 So. 922)

Freeman ALLEN v. STATE. (4 Div. 441.) Court of Appeals of Alabama. Nov. 20, 1928.

W.

L. Parks, Judge.

RICE, J. Affirmed.

(114 So. 919)

Vanderbilt ALLEN v. STATE. (1 Div. 724.) Court of Appeals of Alabama. Nov. 22, 1927.

Joel W. Goldsby, Judge.

SAMFORD, J. Defendant was convicted of assault with a weapon and appeals. We have examined this record and each exception therein. There is no error prejudicial to the defendant, and the judgment is affirmed.

(118 So. 922)

Frank ALLISON v. STATE. (4 Div. 468.) Court of Appeals of Alabama. Nov. 20, 1928.

J.

S. Williams, Judge.

BRICKEN, P. J. Appeal dismissed.

(113 So. 916)

T. D. ALLMAN v. STATE. (6 Div. 253.) Court of Appeals of Alabama. June 21, 1927.

O.

A. Steele, Judge. James A. Embry, of Ashville,

for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. So far as we can see, the nature of the prosecution here is not different, in its vital elements, from that dealt with in Brown et al. v. State, ante, p. 31, 111 So. 760, and it being agreed that the truck here involved was not used *for hauling timber, lumber, or minerals*, upon the authority of the case just cited, the judgment appealed from is reversed, and one here rendered discharging defendant from further custody. Reversed and rendered.

(118 So. 922)

Porter ARNETT v. STATE. (4 Div. 367.) Court of Appeals of Alabama. Nov. 13, 1928.

W.

L. Parks, Judge.

RICE, J. Appeal dismissed by appellant.

(117 So. 923)

Mack ASHLEY v. STATE. (7 Div. 427.) Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Violating prohibition law.

RICE, J. Affirmed.

(115 So. 921)

J. D. ASKINS v. STATE. (8 Div. 619.) Court of Appeals of Alabama. Jan. 31, 1928.

O. Kyle, Judge.

SAMFORD, J. Appeal dismissed.

(115 So. 921)

Horace AUSTIN v. STATE. (7 Div. 393.) Court of Appeals of Alabama. March 20, 1928.

E. M. Baker, Judge. Chas. J. Scott and Lee S. Baker, both of Fort Payne, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. The court has read the evidence in this case, sitting en banc. We find none upon which this conviction can rest. For the error in refusing to give at appellant's request the general affirmative charge in his favor, the judgment is reversed and the cause remanded. Reversed and remanded.

(117 So. 923)

John BAKER v. STATE. (7 Div. 417.) Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Robbery.

SAMFORD, J. Appeal dismissed.